UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEVIN RAY HOLMES, | Case No. 3:21-cv-00364-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Respondents. | |

Kevin Ray Holmes submitted a *pro se* 28 U.S.C. § 2254 habeas petition and an application to proceed *in forma pauperis*. Based on the current information about Homes' financial status, including any additional information he may have provided, the Court finds that he is able to pay the full $5.00 filing fee pursuant to 28 U.S.C. § 1915.

It is therefore ordered that Holmes' motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is denied. Holmes has 30 days from the date this order is entered to have the $5.00 filing fee sent to the Clerk of Court.

It is further ordered that Holmes' failure to timely pay the filing fee may result in the dismissal of this action.

The Clerk of Court is therefore directed to retain the Petition but not file it at this time.

DATED THIS 19th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE