UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN RAY HOLMES, <br><br> Petitioner, <br><br> v. <br><br> NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Respondents. | Case No. 3:21-cv-00364-MMD-WGC <br><br> ORDER |

Respondents have moved for an extension of time to respond to Holmes' Petition. (ECF No. 8.) The Court find that the motion for extension of time is made in good faith and not solely for the purpose of the delay, and that good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion for extension of time (ECF No. 8) is granted. Respondents will have until February 4, 2022, to answer or otherwise respond to Holmes's Petition for Writ of Habeas Corpus.

DATED THIS 15th Day of December 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE